UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00216 |
| | ) | JUDGE TRAUGER |
| ANTHONY ROBINSON | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL
## AND EXTEND THE DEADLINE TO FILE PRETRIAL MOTIONS

Now comes the defendant, Anthony Robinson, through undersigned counsel, and respectfully requests that this Honorable Court enter an order granting a continuance of the trial presently set for **June 4, 2013**, and extending the filing date for pretrial motions.

The reasons for the requested continuance are as follows:

1. 18 U.S.C. § 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2. The factors that a judge shall consider in determining whether to grant a continuance are found at 18 U.S.C. § 3161(h)(7)(B). One such factor is whether the denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

3. In the present case, the interest of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial. Additionally, the denial of a continuance in the present case would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Mr. Robinson has specifically instructed counsel to investigate certain matters contained in the discovery in this case that relate to the government's evidence and whether or not the government can prove the allegations contained in the indictment. Since his appointment in this case, undersigned counsel has been diligently investigating and preparing this case but Mr.