PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Anthony Robinson          Docket No. 0650 3:12CR00216 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Robinson who was placed under pretrial release supervision by the Honorable Juliet E. Griffin, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on December 26, 2012, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Dariel S Blackledge-White | Nashville, TN | September 6, 2013 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

| Next Scheduled Court Event | Trial | September 24, 2013 |
|---|---|---|
| | Event | Date |

## PETITIONING THE COURT

- ☐ No Action
- ☐ To Issue a Warrant
- ☒ To issue an order setting a hearing on the petition
- ☐ Other

---

THE COURT ORDERS:
- ☐ No Action
- ☐ The Issuance of a Warrant.
  - ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)
- ☐ Other

☒ A Hearing on the Petition is set for

September 19, 2013    1:00 pm
Date                  Time

Considered and ordered this 9th day of September, 2013, and ordered filed and made a part of the records in the above case.

Honorable Juliet E. Griffin
U.S. Magistrate Judge

Honorable Juliet E. Griffin
Petition for Action on
ROBINSON, Anthony
September 6, 2013

On November 30, 2012, the above referenced defendant was arrested in the Middle District of Tennessee, on a two-count Indictment which charged him with the following counts, to wit: Count One, Possession With Intent to Distribute and Distribution of a Detectable Amount of Marijuana, in violation of 21 U.S.C. § 841(a)(1); and Count Two, Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1).

On December 26, 2012, the defendant appeared before the Honorable U.S. Magistrate Judge Juliet E. Griffin, and both parties agreed to the defendant's release on bond. Mr. Robinson was ordered released on a personal recognizance bond with pretrial supervision, and his wife was designated as his third-party custodian.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed:**

On August 30, 2013, at approximately 11:31 p.m., the defendant turned his 2010 Nissan Altima in front of a Cookeville Police Department cruiser at an intersection located in Cookeville, Tennessee. He impeded the officer's right of way, and a traffic stop was conducted. The officer made contact with the defendant, and Mr. Robinson informed the officer that his driver license was suspended on November 3, 2012, due to his failure to pay child support.

The officer cited Mr. Robinson for Driving While License Suspended/Revoked (Case No. 201327841). Mrs. Christina Robinson, the defendant's wife, came to the scene and retrieved the defendant's vehicle.

**Violation No. 2: Defendant shall maintain or actively seek verifiable employment:**

The defendant has not provided proof of employment since his placement on supervision.

**Violation No. 3: Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop:**

Mr. Robinson left a voicemail for this officer on September 3, 2013, and he made no mention of his new citation. On September 4, 2013, the defendant spoke with this officer regarding several requested documents. At no time did the defendant ever mention his new citation. It is noted that

2

Honorable Juliet E. Griffin
Petition for Action on
ROBINSON, Anthony
September 6, 2013

Mrs. Robinson, who is the defendant's third-party custodian, also failed to advise this officer that the defendant had contact with law enforcement.

**Current Status of Case:**

The defendant is scheduled for trial on September 24, 2013, at 9:00 a.m.

**Probation Officer Action:**

On August 28, 2013, this officer sent a letter to Mr. Robinson requesting that he provide items to the U.S. Probation and Pretrial Services Office, to include weekly Job Search Logs for August 2013. The defendant provided this documentation and spoke with the supervising officer on September 5, 2013.

**Respectfully Petitioning the Court as Follows:**

As the defendant failed to advise this officer of his new citation and has not provided proof of employment, it is respectfully recommended that the defendant be ordered to appear before the Court to show cause as to why his bond should not be revoked.

Approved:

_____
William Burton Putman
Supervisory U.S. Probation Officer

xc: Clay Lee, Assistant U.S. Attorney
R. David Baker, Assistant Federal Public Defender

Enclosures

# Cookeville Police Department
## PRELIMINARY INVESTIGATIVE REPORT

CONFIDENTIAL  D.S.P. 102 - M

| Code Number | Reported By | Page No. | Origin | Date | Time | Case Number |
|---|---|---|---|---|---|---|
| TN0710100 | 331 - Officer Marc Declaire | 1 | 03 - Officer Initiated | 08/30/2013 | 23:31 | 201327841 |

**COMPLAINANT**
- Comp No / NAME Last, First, Middl / Residence Phone / Business Phone
- ADDRESS Number/Street / City / State / Zip / Race / Sex / Date of Birth / SSAN

**VICTIM**
- Vic No / NAME Last, First, Middle / Residence Phone / Business Phone
- ADDRESS Number/Street / Race / Sex / Resident Status / Date of Birth
- City / State / Zip / Ethnic / SSAN
- Victim Related Events: #1 #2 #3 #4 #5 #6 #7 #8 #9 #10 / Victim Injury / Victim Relation to Acc/Susp / Justifiable Homicide

**Event No 1** — Driving While License Revoked/Suspended
- Code No: 90Z
- (C) Completed ■
- Occurred On: Mo 08 Day 30 Yr 2013 Time 23:31 Day of Week FRI
- And: Mo 08 Day 30 Yr 2013 Time 23:31 Day of Week FRI
- Acc/Susp Used: N
- Hate Crime: 88 - None

**ADDRESS:** 12TH ST, & NORTH DIXIE AVE
**City:** Cookeville  **State:** TN  **Zip:** 38501-
**Type Location:** 13 - Highway/Road/Alley/Street/Sidewalk

**ACCUSED/SUSPECT**
- ASO No 1  A ■
- NAME: ROBINSON, ANTHONY D.
- Residence Phone: (931) 510-5970
- ADDRESS: 80 E 18TH ST, APT C
- Occupation: N/A
- Race: B  Sex: M  Date of Birth: 08/20/1984
- City: Cookeville  State: TN  Zip: 38501-
- Arrest Number: 201327841 - 1
- SSAN: 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
- Height: 6'02"  Weight: 240  Hair Color: BLK - Black  Eye Color: BRO - Brown  Hairstyle: OTH - Other
- Armed: No X  RH X  AB

**OTHER**
- ASO No 1  S ■
- NAME: ROBINSON, ANTHONY D.
- Residence Phone: (931) 510-5970
- ADDRESS: 80 E 18TH ST, APT C
- Occupation: N/A
- Race: B  Sex: M  Date of Birth: 08/20/1984
- City: Cookeville  State: TN  Zip: 38501-
- SSAN: 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
- Height: 6'02"  Weight: 240  Hair Color: BLK - Black  Eye Color: BRO - Brown  Hairstyle: OTH - Other
- Armed: No  RH X  AB

**VEHICLE**
- Veh No: 1  Year: 2010  Make: NISSAN  Model: ALTIMA  Type: PC - Passenger Car
- License Number: H8301X  Year: 2014  State: TN
- VIN: 1N4AL2AP4AC131845
- Owner's Name: A1 - ROBINSON, ANTHONY D.
- Address: 80 E 18TH ST, APT C, Cookeville, TN 38501
- Released to Owner  Date 08/30/2013
- Involved: X

**DRUGS** — (blank)

# Cookeville Police Department
## PRELIMINARY INVESTIGATIVE REPORT

CONFIDENTIAL  
D.S.P. 102 - M

Page No. 2

| Scene Processed By | Prints Found ☐ Yes ■ No | Type Evidence Taken | When Stored Initially |
|---|---|---|---|
| | Photographed ☐ Yes ■ No | | |

**ARSON**

| | Loss Date | Value | Loss | Origin of Fire | Bomb Data |
|---|---|---|---|---|---|
| Structures | | | | Incendiary ☐ | Explosive Data |
| Contents | | | | Undetermined ☐ | Incendiary Device |
| Fixtures | | | | Accidental ☐ | Threat |
| Vehicles | | | | Suspicious ☐ | Other |
| Miscellaneous | | | | | |

**PROPERTY**

| Event Code | Prop. Code | Quantity | Description | Make/Model | Serial Number | P. Loss | Value | Recov. Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Jurisdiction Stolen | Jurisdiction Recovered | Number of Motor Vehicles Stolen | Number of Motor Vehicles Recovered |
|---|---|---|---|
| | | | |

**DEATH**

| Next of Kin Notified Name | Address | Relationship | Physician Pronouncing Death (Name) | |
|---|---|---|---|---|
| Attending Physician Name | Address | Reason for Treatment | Pronounced Death-Date | Time |
| Last Person to See Subject Alive Name | Address | | Date | Time |
| Rescue Unit at Scene Name | Address | Medical Examiner | Type Death | |

**Summary**

On the above date and time, I initiated a traffic stop on North Dixie Avenue and 12th Street. I stopped the white Nissan bearing Tennessee tag H8301X for failing to yield the right of way. The driver impeded my driving by turning in front of me at the said intersection.

I identified the driver as Anthony Robinson. Robinson said that his Tennessee driver's license was suspended. I performed a records check on Robinson which confirmed his license as suspended for failure to pay child support on 11/03/12.

I cited Robinson in lieu of continued custody with a General Sessions Court date of 08/07/13. Robinson's wife responded and took possession of her vehicle. She was identified as Christina Robinson and possessed a valid driver's license.

**Solvability Factors**

YES NO
- ☐ ■ a. Can a suspect be named?
- ☐ ■ b. Is the suspect known?
- ☐ ■ c. Can the suspect be identified?
- ☐ ■ d. Has the suspect been seen before?
- ☐ ■ e. Was there a witness to the crime?
- ☐ ■ f. Can the suspect vehicle be identified?

YES NO
- ☐ ■ g. Was there a unique or unusual M.O. employed?
- ☐ ■ h. Was there significant evidence?
- ☐ ■ i. Is property traceable?
- ☐ ■ j. Was there a minimum delay in reporting?
- ☐ ■ k. Is there a significant reason to believe crime may be solved with a reasonable amount of investigative effort?

Exceptional Clearance (Status 8)
- ☐ (A) Death of Offender
- ☐ (B) Prosecution Declined
- ☐ (C) Extradition Declined
- ☐ (D) Refuse to Cooperate
- ☐ (E) Juvenile, No Custody
- ■ (N) Not Applicable

**CASE STATUS (Check One)**
- ☐ 1 Active
- ☐ 2 Active - TOT O/A
- ☐ 3 Unfounded
- ☐ 5 Inactive
- ☐ 6 Inactive WOF
- ☐ 7 Closed Service
- ■ 4 Closed Arrest
- ☐ 8 Closed Exception

Case Closed (Status 4 or 8): ☐ Juvenile ■ Adult  
Ref. Other Case Number:  
Negative File Number:

| Date/Time Notified | Date/Time Arrived at Scene | Date/Time Cleared Scene | Original Report ☐ |
|---|---|---|---|
| 08/30/2013 23:31 | 08/30/2013 23:31 | 08/30/2013 23:31 | Supplemental Report ☐ |

| Information Copies Furnished to: | Approving Supervisor | Date | Date Report Submitted |
|---|---|---|---|
| | 191 - Sergeant Terry Woodcock | 09/01/2013 | 08/30/2013 |

CONFIDENTIAL

# Cookeville Police Department
PRELIMINARY INVESTIGATIVE REPORT
NARRATIVE (CONTINUATION)

D.S.P. 102 - M

| Code Number | Reported By | Page No. | Origin | Date | Time | Case Number |
|---|---|---|---|---|---|---|
| TN0710100 | 331 - Officer Marc Declaire | 3 | 03 - Officer Initiated | 08/30/2013 | 23:31 | 201327841 |

Summary
End of report.

Md. #642

CONFIDENTIAL

# Cookeville Police Department
## PRELIMINARY INVESTIGATIVE REPORT
### (CONTINUATION)

D.S.P. 102 - M

| Code Number | Reported By | Page No. | Origin | Date | Time | Case Number |
|---|---|---|---|---|---|---|
| TN0710100 | 331 - Officer Marc Declaire | 4 | 03 - Officer Initiated | 08/30/2013 | 23:31 | 201327841 |

## Arrest / Offender / Others Involved

| ASO No | A/S/O | NAME Last, First Middle | Alias AKA | Residence Phone | Business Phone |
|---|---|---|---|---|---|
| 1 | O | ROBINSON, CHRISTINA | | (931) 510-5970 | |

| ADDRESS Number/Street | Occupation | Race | Sex | Date of Birth |
|---|---|---|---|---|
| 80 E 18TH ST, APT C | | W | F | 10/11/1978 |

| City | State | Zip | Arrest Number | SSAN |
|---|---|---|---|---|
| Cookeville | TN | 38501- | | 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 |

| Height | Weight | Hair Color | Eye Color | Hairstyle | Hand: Yes/No/Unk | Marks/Scars Location |
|---|---|---|---|---|---|---|
| | | | | | LH / RH / AB | |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. ANTHONY ROBINSON    CASE NO.: 3:12-00216

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   ☐ Defendant shall report to Pretrial Services as directed, *including weekly reporting of where he has applied for employment*

   ☐ Defendant shall maintain or actively seek verifiable employment

   ☐ Defendant's travel is restricted to Putnam County, Tennessee, unless he obtains prior approval from Pretrial Services, *except to come to Nashville for court proceedings and/or to meet with his attorney and/or to report to Probation/Pretrial Services in Nashville if necessary*

   ☐ Defendant shall not have in his possession any firearm, ammunition, or other destructive device

   ☐ Defendant shall refrain from the excessive use of alcohol

   ☐ Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

Page 2 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. ANTHONY ROBINSON         CASE NO.: 3:12-00216

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

❑  Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, ~~a remote alcohol testing system~~, and/or any form of prohibited substance screening or testing

❑  Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

❑  Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

❑  Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

❑  Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

❑  Defendant shall be placed in the third party custody of  *Christina Robinson*

Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. ANTHONY ROBINSON         CASE NO.: 3:12-00216

*************************************************************

- ☐ Defendant shall have no contact with the Confidential Source

- ☐ Defendant shall not associate with anyone known to be involved in illegal activity

- ☐

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: December 26, 2012                    _Anthony Robinson_
                                           Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

                                           _[signature]_
                                           UNITED STATES MAGISTRATE JUDGE

Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. ANTHONY ROBINSON          CASE NO.: 3:12-00216

*************************************************************

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.

Page 5 of 5