IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                   )
                                   )     No. 3-12-00216
v.                               )
                                   )
ANTHONY ROBINSON         )

## O R D E R

A hearing on the Petition filed by Pretrial Services is scheduled on **Thursday, September 19, 2013, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The Clerk is directed to serve a copy of this order and the Petition filed by Pretrial Services on Joseph F. Edwards by email at jedwardsjd@frontiernet.net.[1]

The Court notes that, although the Petition indicates that the trial is scheduled to begin on September 24, 2013, it has been rescheduled to November 12, 2013, by order entered August 30, 2013 (Docket Entry No. 34).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Mr. Edwards has not yet entered an appearance, but it appears that he has been selected to represent the defendant in accord with the order entered August 30, 2013 (Docket Entry No. 33).